**[Doaauf]** [District Order Approving Application for Payment Unclaimed Funds]

ORDERED.

Dated: May 26, 2023

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                               Case No.
                                                     8:15−bk−11386−CPM
                                                     Chapter 7

Stephen Mark Poole

_____Debtor*_____/

### ORDER APPROVING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

   THIS CASE came on for consideration of the Application for Payment of Unclaimed Funds (Document No. 67) (the "Application"). The Application was filed on May 17, 2023 by Stephen Mark Poole. Having verified that the sum of $ 29,050.54 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Application should be approved. Accordingly, it is

   ***ORDERED:***

   1. The Application is Approved.

   2. After 14 days from the date of this order, the Court's Financial Deputy shall prepare a payment voucher to be sent to the United States Treasury, for payment of the sum of $ 29,050.54 to:

   Stephen Mark Poole
   5000 Sunrise Drive
   Winter Haven, FL 33880

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.